JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHIL GOODLETT, an individual; PLAYA BUILDING SERVICES, INC., a Nevada Corporation; REGAL BUILDING SERVICES, INC., a Nevada Corporation; and PM2 CONSULTING, INC., a Nevada Corporation ,<br><br>Plaintiffs,<br><br>vs.<br><br>315 SOUTH BEVERLY DRIVE, LLC, a California limited liability company; BRP SENIOR HOUSING MANAGEMENT LLC, a Delaware limited liability company; RICHARD ACKERMAN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-CV-10756-DFM<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT FOR 28 MONTHS**<br><br>**[F.R.C.P. 41(a)(2)]** |

Based upon the Plaintiffs' and Defendants' (the "Parties") STIPULATION FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT FOR 28 MONTHS (the "Stipulation to Retain Jurisdiction"), it is hereby ORDERED,

1. That this Action shall be dismissed in its entirety WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. That this dismissal is explicitly conditioned upon the Court's agreement to retain exclusive ancillary jurisdiction over the Parties to enforce the terms of their

Settlement Agreement for a period of twenty-eight (28) months from the date this Order is signed.

3. If the Court declines to retain jurisdiction to enforce the Settlement Agreement under the terms of the Stipulation to Retain Jurisdiction, this document shall be automatically deemed withdrawn, the underlying dismissal shall not take effect, and the case shall remain open on the Court's active docket.

4. Upon full compliance with and execution of all payment terms under the Settlement Agreement, the Parties shall file a subsequent Joint Stipulation for Dismissal WITH PREJUDICE within ten (10) calendar days of final payment, which shall terminate the court's jurisdiction.

Dated: August 20, 2026

Douglas F. McCormick
United States Magistrate Judge

# PROOF OF SERVICE

***PHIL GOODLETT v. 315 SOUTH BEVERLY DRIVE, LLC***
**State Court Case No. 24SMCV04386**
**Federal Court Case No. 2:24-cv-10756-AH (JCx)**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

On **August 19, 2026**, I served true copies of the following document(s) described as

- **[PROPOSED] ORDER GRANTING STIPULATION FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT FOR 28 MONTHS**

on the interested parties in this action as follows:

| | |
|---|---|
| Christopher M. Engels, Esq. (SBN 304855)<br>Sarah K. O'Brien, Esq. (SBN 299408)<br>Jessica Bacho, Paralegal<br>Laura Murrietta, Law Clerk<br>ENGELS LAW APC<br>2900 Bristol St., Suite G205<br>Costa Mesa, CA 92626<br>Telephone: 949.269.7709<br>Email: chris@engelslaw.com<br>Email: sarah@engelslaw.com<br>Email: jessica@engelslaw.com<br>Email: laura@engelslaw.com | *Attorneys for Plaintiff*<br>PHIL GOODLETT, PLAYA BUILDING SERVICES, INC., REGAL BUILDING SERVICES, INC., and PM2 CONSULTING, INC. |

- **BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused a copy of the document(s) to be sent from e-mail address vmills@sgrlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 19, 2026**, at Los Angeles, California.

*/s/ Verastine Mills*
Verastine Mills